EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| *In re:* | 2022 TSPR 65 |
| | 209 DPR _____ |
| Víctor Manuel Marrero Negrón | |

Número del Caso:  TS-7,501


Fecha:  23 de mayo de 2022


Abogado de la parte peticionaria:

     Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía y la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Víctor Manuel Marrero Negrón         TS-7,501

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de mayo de 2022.

Examinada la *Moción en cumplimiento de orden* que presentó el Sr. Víctor Manuel Marrero Negrón el 13 de mayo de 2022, se provee ha lugar.

En consecuencia, se reinstala al peticionario al ejercicio de la abogacía y de la notaría, condicionada a que acredite tener una nueva fianza notarial.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo